# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DWAYNE E. SCOTT
APPELLANT

V.

CIVIL ACTION NO: 05-1719
UNA

SUZANNE R. HASTINGS

## NOTICE OF APPEAL

NOW INTO THE COURT, DWAYNE E. SCOTT (HERE IN AFTER APPELLANT) PRO-SE Respectfully files THE INSTANT NOTICE OF APPEAL FROM A FINAL Judgment OF THE UNITED States District Court FOR THE DISTRICT OF COLUMBIA ENtered on August 30, 2005, Dismissing Appellant's PRO-SE petition FOR A Writ OF Habeas CORPUS CHALLENGING the legality OF His Detention ON GRounds OF, INTER ALIA Double Jeopardy in Violation OF the United States Constitution Fifth Amendment.

THE District Court Summarily Dismissed the Appellant Petition Without Reaching the Merits NOR Without Requiring the state to File Any Response, IN A Three-page opinion And Memorandum Dated August 30, 2005, the Court Concluded That A "Challenge OF Appellant's Nature Must Be Brought in A Habeas Action in the Superior Court under D.C. Code & 23-110 (G)" The Court Further Stated that this is A Final Appealable Order. See Fed. R. App. P. 4(A). Judgment was Entered Dismissing the Petition Without Prejud

For the reasons stated above Appellant now files Notice of Appeal in good faith for the following reasons:

1) The District Judge erred in dismissing the petition without requiring a response from the state, in violation of Habeas Rule 4 And (2) Allowing an opportunity for Augmentation or Supplementation of the record.

Respectfully Submitted,

Dwayne Scott

Dwayne E Scott
Fed No. 12002-007
U.S.P. Big Sandy
P.O. Box 2068
Inez, Kentucky 41224

To the Extent this Notice of Appeal is untimely filed Appellant request this court to Extend the filing period upon Excusable Neglect by Government Official. Appellant Asserts that the U.S.P. Big Sandy Prison was place on Manatory locked-down on August 30, 2005 due to no fault of Appellant. Appellant was foreclose in any attempt to file this Notice of Appeal due to the lack of Asses to the Prison Law Library to Review the cited case law in the court's order.

## Certification

I Hereby Certify that on Sept. 19, 2005 Appellant Mailed institutional mail A true copy of His Notice of Appeal to the court of the court for the United States District Court for the District of Columbia

Respectfully submitted,
Dwayne Scott

## Declaration

I Hereby Declare under the Penalty of Perjury the above stated is true and Correct to the Best of my Ability.

Respectfully submitted
Dwayne Scott

9/14/05
Date