FILED
SEP 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dwayne E. Scott, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1719 |
| Suzanne R. Hastings, | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court on petitioner's motion for a certificate of appealability. Upon consideration of the motion and for the reasons stated in the memorandum opinion supporting the order from which petitioner appeals, the Court determines that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, it is this 27th day of September 2005,

ORDERED that petitioner's motion for a certificate of appealability [# 5] is DENIED.

SO ORDERED.

United States District Judge